IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



**FILED**

JAN 0 8 2018

Clerk, U.S. District Court
District Of Montana
Helena

| WAYNE AND TARYL BUCKINGHAM, and WALLACE AND CHERI BAILEY, | No. CV-13-73-H-SEH |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| CATLIN SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

The parties having filed a Stipulation to Dismiss With Prejudice Pursuant to Rule 41, F.R.Civ.P. (Doc. 214),

ORDERED:

1. The hearing set for January 16, 2018, is VACATED.

2. This action is DISMISSED WITH PREJUDICE, each party to bear their own costs.

DATED this 8th day of January, 2018.

SAM E. HADDON
United States District Judge

1